IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE L. GOINS,                    )| |
|                                                   )| |
|         Plaintiff,                         )| |
|                                                   )| |
| vs.                                            )| CIVIL ACTION NO. 04-0305-P-L |
|                                                   )| |
| JO ANNE B. BARNHART, Commissioner )| |
| of Social Security,                    )| |
|                                                   )| |
|         Defendant.                     )| |

ORDER MODIFYING AND ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections raised, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated June 7, 2005 (doc.19), is hereby MODIFIED and ADOPTED as the opinion of this court.

The modification pertains to the amount plaintiff's counsel is to receive, and is a mathematical correction. The Magistrate Judge recommends that plaintiff's counsel receive $3,175.50. However, the number of hours, 25.40 multiplied by the hourly rate of $125.00, equals $3,175.00. Thus, where the amount of $3,175.50 appears in the Report and Recommendation, it is corrected to reflect $3,175.00.

Accordingly, with this modification, it is ORDERED that plaintiff's Application For Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (doc.17), be and is hereby

GRANTED, and that plaintiff's counsel, Byron A. Lassiter, be awarded an attorney's fee and expenses, in the amount of $3,175.00 (25.40 hours x $125.00 per hour = $3,175.00).

DONE the 14th day of July, 2005.

                                            S/Virgil Pittman
                                        SENIOR UNITED STATES DISTRICT JUDGE