IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIE L. GOINS,                              )
                                             )
        Plaintiff,                           )
                                             )
vs.                                          )            CIVIL ACTION NO. 04-0305-P-L
                                             )
JO ANNE B. BARNHART, Commissioner            )
of Social Security,                          )
                                             )
        Defendant.                           )

<u>JUDGMENT</u>

        In accordance with this court's Order entered this date, it is hereby ORDERED, ADJUDGED,

and DECREED that plaintiff's counsel, Byron A. Lassiter, be awarded an attorney's fee and expenses,

pursuant to 28 U.S.C. § 2412, in the amount of $3,175.00 (25.40 hours x $125.00 per hour =

$3,175.00).

        DONE the 14th day of July, 2005.


                                    __S/Virgil Pittman_____
                                    SENIOR UNITED STATES DISTRICT JUDGE